JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KATHERINE B. DOWLING (CSBN 220767)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6833
   Facsimile: (415) 436-7234
   E-mail: katherine.dowling@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> SAUL PINON-VILLA, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 09-1125 MMC <br><br> STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME WITH RESPECT TO THE DEFENDANT SAUL PINON-VILLA |

     With the agreement of the parties in open court on November 23, 2009, and with the consent of the defendant Saul Pinon-Villa ("defendant"), the Court enters this order (1) setting a hearing before the Honorable Maxine M. Chesney on December 9, 2009, at 2:30 p.m.; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 23, 2009, to December 9, 2009. The Court finds and holds, as follows:

     1.    The defendant Pinon-Villa appeared before the Court on November 23, 2009, for arraignment on the indictment and a detention hearing. At that time, the defendant waived his right to a detention hearing. The Court also scheduled the defendant's first appearance before the assigned district court judge, the Honorable Maxine M. Chesney, for December 9, 2009, at 2:30 p.m.

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 09-1125 MMC]

1     2.    At the hearing on November 23, 2009, counsel noted that the government had produced discovery to the defendant Pinon-Villa. Counsel for the defendant Pinon-Villa needs time to review this discovery and to investigate the case.

    3.    The Court finds that, taking into account the public interest in the prompt disposition of criminal cases, granting the exclusion of time until December 9, 2009, is necessary for effective preparation of defense counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from November 23, 2009, to December 9, 2009, outweigh the best interests of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

    4.    Accordingly, and with the consent of the defendant, the Court (1) sets a hearing on December 9, 2009, at 2:30 p.m. before the Honorable Maxine M. Chesney; and (2) orders that the period from November 23, 2009, to December 9, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv) with respect to the defendant Pinon-Villa.

DATED: December 1, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
KATHERINE B. DOWLING
Assistant United States Attorney

DATED: December 1, 2009

_____/s/_____
SHAWN HALBERT
Attorney for defendant Saul Pinon-Villa

IT IS SO ORDERED.

DATED: December __10__, 2009

_____
Joseph C. Spero
Magistrate Judge

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 09-1125 MMC]  -2-