| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | SHAWN HALBERT |
|   | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
|   | San Francisco, CA  94102 |
| 4 | Telephone:  (415) 436-7700 |
| 5 | Counsel for Defendant Saul Pinon-Villa |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR 09-001125 MMC |
|---|---|---|
|  | ) | STIPULATION AND [PROPOSED] |
| Plaintiff, | ) | ORDER CONTINUING STATUS |
|  | ) | DATE;EXCLUDING TIME UNDER 18 |
| v. | ) | U.S.C. § 3161 |
|  | ) |  |
| SAUL PINON-VILLA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

The parties are scheduled to appear before this Court for status on January 13, 2010 at 2:30 p.m. The parties request that the matter be continued by one week so that defense counsel can convey the government's offer and defendant can decide how to proceed.

The parties also agree that the time between January 13, 2010 and January 20, 2010 should be excluded under the Speedy Trial Act.  The continuance is necessary for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.

///

1 § 3161(h)(7)(A).

2 SO STIPULATED:

3                                             JOSEPH P. RUSSONIELLO
                                            United States Attorney

4

5

6 DATED: January 12, 2010             /s/
                                            DARYL EREMIN
                                            Special Assistant United States Attorney

7

8

9 DATED: January 12, 2010             /s/
                                            SHAWN HALBERT
                                            Assistant Federal Public Defender

10

11     For the reasons stated above, the Court finds that the continuance of time for the next hearing

12 before this court from January 13, 2010 to January 20, 2010 is warranted because the failure to grant

13 the requested continuance would deny the defense effective preparation of counsel; thus, the ends of

14 justice served by the continuance outweigh the best interests of the public and the defendant in a

15 speedy trial. 18 U.S.C. § 3161 (h)(7)(A), (h)(7)(B)(iv).

16

17 SO ORDERED.

18

19 DATED: January 13, 2010                          *[signature]*
                                            THE HONORABLE MAXINE M. CHESNEY

20                                             United States District Court

21

22

23

24

25

26

STIP. & ORDER
No. CR 09-001125 MMC                            - 3 -