1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant Saul Pinon-Villa

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 09-001125 MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CHANGE OF PLEA AND SENTENCING FROM MARCH 3, 2010 TO MARCH 17, 2010 AND EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| SAUL PINON-VILLA, | |
| Defendant. | |

The parties are scheduled to appear before this Court for change of plea and sentencing on March 3, 2010.  Because the parties received the expedited PSR just one week before the scheduled sentencing date, defense counsel did not have sufficient time to meet with her client at the jail with an interpreter to review the PSR and then file a sentencing memorandum.  The defense needs an additional week to accomplish this work.  The government has no objection but government counsel is unavailable on March 10, 2010.  The parties suggest that the next court date be March 17, 2010, if that is convenient to the Court.

The parties also agree that the time between March 3, 2010 and March 17, 2010 should be excluded under the Speedy Trial Act.  The continuance is necessary for effective preparation of

STIP. & ORDER
No. CR 09-001125 MMC                        - 1 -

1  counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting
2  such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18
3  U.S.C. § 3161(h)(7)(A).
4  SO STIPULATED:

5                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney
6

7
   DATED: March 1, 2010                          _____/s/_____
8                                                PATRICIA SPALETTA
                                                 Special Assistant United States Attorney
9

10
   DATED: March 1, 2010                          _____/s/_____
11                                               SHAWN HALBERT
                                                 Assistant Federal Public Defender
12

13     For the reasons stated above, the Court finds that the continuance of time for the next date before
14  this court from March 3, 2010 to March 17, 2010 is warranted because the failure to grant the
15  requested continuance would deny the defense effective preparation of counsel; thus, the ends of
16  justice served by the continuance outweigh the best interests of the public and the defendant in a
17  speedy trial.  18 U.S.C. § 3161 (h)(7)(A), (h)(7)(B)(iv).
18

19  SO ORDERED.
20
21  DATED: _March 2, 2010_                       _____
                                                 THE HONORABLE MAXINE M. CHESNEY
22                                               United States District Court
23
24
25
26

STIP. & ORDER
No. CR 09-001125 MMC                    - 2 -